STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Harry Karl Burdette
The Glenn Armentor Law Corp.
300 Stewart St.
Lafayette LA 70501


**REHEARING ACTION: May 12, 2010**


**Docket Number: 09   01246-WCA**

**TOMMY MANUCY**
**VERSUS**
**JOE MANCUY RACING**

**Appealed from Office of Workers' Compensation - # 4 Case No. 07-04287**


**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Oswald A. Decuir**
   **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tommy Manucy** has this day been

   **DENIED.**
   Ezell, J., would grant the rehearing.


cc: Gregory Edgar Bodin, Counsel for the Appellant
    Jeremy Berthon, Counsel for the Appellant